IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

_____
                                    )
U.S. EQUAL EMPLOYMENT               )
OPPORTUNITY COMMISSION,             )
                                    )
            Plaintiff,              )   No. 2:16-cv-00225-CB
                                    )
     v.                             )
                                    )
SCOTT MEDICAL HEALTH CENTER         )
P.C.,                               )
                                    )
            Defendant.              )
_____ )

**CORPORATE DISCLOSURE STATEMENT OF PROPOSED *AMICI CURIAE*
AMERICAN CIVIL LIBERTIES UNION;
AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA;
9to5, NATIONAL ASSOCIATION OF WORKING WOMEN;
A BETTER BALANCE; CALIFORNIA WOMEN'S LAW CENTER;
EQUAL RIGHTS ADVOCATES; FEMINIST MAJORITY FOUNDATION;
GENDER JUSTICE; LEGAL VOICE; NATIONAL WOMEN'S LAW CENTER;
SOUTHWEST WOMEN'S LAW CENTER;
WOMEN'S LAW CENTER OF MARYLAND; and WOMEN'S LAW PROJECT**

Pursuant to Local Civil Rule 7.1, the American Civil Liberties Union; American Civil Liberties Union of Pennsylvania; 9to5, National Association of Working Women; A Better Balance; California Women's Law Center; Equal Rights Advocates; Feminist Majority Foundation; Gender Justice; Legal Voice; National Women's Law Center; Southwest Women's Law Center; Women's Law Center of Maryland; and Women's Law Project state that they have no parent company, subsidiaries, or affiliates that have issued shares or debt securities to the public.

Dated:  June 7, 2016                              Respectfully submitted,

*/s/ Sara J. Rose*
Sara J. Rose
PA ID No.: 204936

*/s/ Witold J. Walczak*
Witold J. Walczak
PA ID No.: 62976

AMERICAN CIVIL LIBERTIES UNION
   OF PENNSYLVANIA
247 Fort Pitt Blvd.
Pittsburgh, PA 15222
412-681-7864
srose@aclupa.org
vwalczak@aclupa.org

LENORA M. LAPIDUS*
Women's Rights Project
RIA TABACCO MAR*
Lesbian Gay Bisexual Transgender
   & HIV Project
AMERICAN CIVIL LIBERTIES UNION
   FOUNDATION
125 Broad St.
New York, NY 10004
212-549-2500
llapidus@aclu.org
rmar@aclu.org

* *Pro hac vice* motion pending


*Attorneys for* Amici Curiae

2