IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>   Plaintiff,<br><br>  v.<br><br>SCOTT MEDICAL HEALTH CENTER P.C.,<br><br>   Defendant. | No. 2:16-cv-00225-CB |

**ORDER GRANTING MOTION FOR LEAVE TO FILE BRIEF *AMICI CURIAE***

Having read and considered the motion by the American Civil Liberties Union; American Civil Liberties Union of Pennsylvania; 9to5, National Association of Working Women; A Better Balance; California Women's Law Center; Equal Rights Advocates; Feminist Majority Foundation; Gender Justice; Legal Voice; National Women's Law Center; Southwest Women's Law Center; Women's Law Center of Maryland; and Women's Law Project to file a brief *amici curiae*, for good cause shown, and there being no evident prejudice to the parties, it is hereby ORDERED on this ___ day of _____, 2016, that the motion be, and hereby is, GRANTED. Proposed *amici curiae* shall file forthwith and the Clerk shall accept the brief attached to the motion.

Dated: _____

                                 _____
                                 Cathy Bissoon
                                 U.S. District Judge