IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>*Plaintiff*,<br><br>v.<br><br>SCOTT MEDICAL HEALTH CENTER, P.C.,<br><br>*Defendant*. | Civil Action No. 2:16-cv-00225 |

### ORDER GRANTING MOTION TO FILE BRIEF AS *AMICUS CURIAE*

Having read and considered the motion by Lambda Legal Defense and Education Fund, Inc. ("Lambda Legal") to file a brief as *amicus curiae*, for good cause shown, and there being no evident prejudice to the parties, it is hereby ORDERED that the motion be, and hereby is GRANTED. Lambda Legal shall file forthwith and the clerk shall accept the brief attached to the motion.

Dated this _____ day of _____, 2016.

_____
United States District Court
Western District of Pennsylvania