# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Civil Action: 2:16-cv-00225-CB |
| Plaintiff, | |
| v. | |
| SCOTT MEDICAL HEALTH CENTER, P.C. | JUDGE CATHY BISSOON |
| Defendant. | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2017, upon consideration of the within Motion for Leave to Withdraw as Counsel for Defendant Scott Medical Health Center, LLC, it is hereby ORDERED, ADJUDGED, and DECREED that Margolis Edelstein, Charles H. Saul, Esquire, and Kyle T. McGee, Esquire are hereby granted leave to withdraw as legal counsel for Scott Medical Health Center, LLC.

BY THE COURT:

_____J.