## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

U.S. EQUAL EMPLOYMENT )
OPPORTUNITY COMMISSION, )
       )
             Plaintiff, )      Civil Action No. 16-225
       )
             v. )      Judge Cathy Bissoon
       )
SCOTT MEDICAL HEALTH CENTER, P.C., )
       )
             Defendant. )

## JUDGMENT ORDER

Based on the findings of fact and conclusions of law in this action, it is hereby

ORDERED that:

1.      Defendant, its owners, officers, directors, employees, and any successors are

**PERMANENTLY ENJOINED** from engaging in any employment practice that discriminates

because of sex in violation of Title VII of the Civil Rights Act of 1964, as amended, including

creating, facilitating or tolerating the existence of a work environment that is hostile to

employees because of sex.  In accordance with this Court's prior ruling in this Action, *see* Doc.

48, the term "sex" as used in this Order includes sexual orientation, sex or gender stereotypes, or

association with an individual of a certain sex; AND

2.      Defendant shall furnish to the EEOC a written report regarding each complaint or

allegation (whether formal or informal, verbal or written) or charge of sex harassment made by

any employee (whether made directly to Defendant or communicated to Defendant by another

manner) at any time during a period of five (5) years from the entry of this Order.  The written

report shall contain the following: (1) the name, last known home address, last known home

telephone number and cell phone number (as applicable), and job title of the person making the complaint, allegation or charge; (2) the date of the complaint, allegation or charge; (3) a verbatim recitation of the specific allegations of harassment that were made; (4) the name(s), last known home addresses, last known home telephone numbers and cell phone numbers (as applicable), and job titles of any person(s) accused of such harassment and any potential witnesses; (5) a verbatim recitation of any statements made by each alleged perpetrator and each witness who was interviewed as part of an investigation; (6) a detailed description of all actions taken to investigate the complaint; and (7) a description of Defendant's conclusions regarding the complaint and any corrective action in response to the complaint.  Defendant shall append to such reports any and all complaint, allegation or charge documents and any other documents generated or received by Defendant in relation to the complaint, allegation or charge, including but not limited to investigative memoranda, interview notes, employment records, disciplinary records, and any other material of any character.  Such reports must be served on the EEOC counsel of record within ten (10) days of Defendant's knowledge of any sex harassment complaint, allegation or charge and updated each thirty (30) days thereafter until Defendant takes final action on the complaint, allegation or charge.

      3.      Judgment is entered, in favor of Plaintiff and against Defendant, in the amount of **$55,500.43**.  Specifically, the Court awards:

| | |
|---|---|
| $5,500.43 | Back pay |
| $25,000.00 | Compensatory damages, pursuant to cap |
| $25,000.00 | Punitive damages, pursuant to cap |
| -------------- | |
| **$55,500.43** | **Total** |

The Court, having resolved all matters before it, will enter herewith an Order under Federal Rule 58 and mark this case closed.

IT IS SO ORDERED.


November 16, 2017                                    s\Cathy Bissoon_____
                                                    Cathy Bissoon
                                                    United States District Judge


cc (via ECF email notification):

All counsel of record